IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:22cr303-MHT** |
| ) | **(WO)** |
| **JOSHUA McMILLAN** ) | |

OPINION AND ORDER

Defendant Joshua McMillan moved to dismiss the indictment against him on the theory that he did not have a qualifying felony that could support a charge for possession of a firearm by a convicted felon. This case is before the court on the recommendation of the United States Magistrate Judge that McMillan's motion be denied. Also before the court are McMillan's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 85) are overruled.

    (2) The recommendation of the United States Magistrate Judge (Doc. 81) is adopted.

    (3) The motion to dismiss (Doc. 30) is denied.

DONE, this the 15th day of September, 2023.

                                 /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**