IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:22cr303-MHT
                              )            (WO)
JOSHUA McMILLAN               )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Joshua McMillan's motion for early termination of supervised release. Neither the supervising probation officer nor the government opposes the motion. McMillan has completed well over a year of his three-year term of supervised release with no episodes of noncompliance. He has successfully completed a residential drug treatment program and continues to reside at the program's community residential facility for sober living, where he can remain indefinitely. He is employed full-time, has passed all drug screens, and maintains close contact with his son. In short, he has successfully reintegrated into society and is well positioned to avoid criminal involvement in the future.

For all of these reasons, the court finds that the motion for early termination should be granted.

Accordingly, it is ORDERED that defendant Joshua McMillan's motion for early termination of supervised release (Doc. 154) is granted, and defendant McMillan is discharged.

DONE, this the 8th day of May, 2025.

                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE